```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANTHONY T. MACKEY,                  :
                                    :
                    Plaintiff,      :
         v.                         :    02 Civ. 1707(BSJ)(RLE)
                                    :
P.O. 3803 DICAPRIO, et al.,         :         ORDER
                                    :
                    DefendantS.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon my review of Magistrate Judge Ronald E. Ellis's Report and Recommendation dated December 23, 2008 (the "Report"), and in the absence of any objections thereto, I hereby confirm and adopt the Report in its entirety, finding no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, due to plaintiff's failure to prosecute this action, it is dismissed. The Clerk of Court is directed to close this case.

**SO ORDERED:**

_____
BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         January 21, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/09
```